IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

C.A. NO. 5:18-cv-03535-JMC

| | |
|---|---|
| UNION INSURANCE COMPANY as subrogee of Fogle's Inc. d/b/a Piggly Wiggly, and PHARMACISTS MUTUAL INSURANCE COMPANY as subrogee of H&M Healthcare, Inc. d/b/a Giant Discount Pharmacy,<br><br>PLAINTIFFS,<br><br>vs.<br><br>CAROLINA FIRE & SAFETY APPLIANCE, INC., and CAROLINA FIRE SAFETY, INC.,<br><br>DEFENDANTS. | CONSENT ORDER REMANDING CASE |

THIS MATTER came before the Court upon Plaintiffs' Motion to Remand and Memorandum in Support Thereof filed December 27, 2018 (Docket Entry #7), seeking remand of the above-captioned case back to the Court of Common Pleas for Orangeburg County, South Carolina (the "State Court") pursuant to 28 U.S.C. § 1447(c) and the "forum defendant rule." On January 7, 2019, Defendants filed Defendants' Consent to Plaintiff's Motion for Remand (Docket Entry #8), thereby consenting to Plaintiffs' motion.

THEREFORE, IT IS ORDERED that Plaintiffs' motion be GRANTED and the above-captioned case shall be remanded to the State Court.

[signature block on following page]

ACTIVE\83642658.v1-1/7/19

AND IT IS SO ORDERED!

<u>s/J. Michelle Childs</u>
J. Michelle Childs
United States District Judge

January 14, 2019
Columbia, South Carolina